HERSHEY MFG. CO. *v.* ADAMOWSKI ET AL.

No. 944.   Decided June 29, 1959.

*Maurice J. Walsh, John J. Yowell* and *G. Kent Yowell* for appellant.

*Benjamin S. Adamowski* for appellees.

PER CURIAM.

The judgment is affirmed.   Although the District Court had jurisdiction, *Doud* v. *Hodge,* 350 U. S. 485, we accept its finding that there was no showing of irreparable injury.

DEGREGORY *v.* WYMAN, ATTORNEY GENERAL OF NEW HAMPSHIRE.

No. 7, Misc.   Decided June 29, 1959.

Appellant *pro se.*

*Louis C. Wyman,* Attorney General of New Hampshire, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

THE CHIEF JUSTICE, MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS would note probable jurisdiction.